PEOPLE v. WILKIE

Appeal from Jackson, John C. Dalton, J. Submitted Division 2 July 14, 1970, at Lansing. (Docket No. 8,932.) Decided August 4, 1970.

Matt Azoka Wilkie, also known as Mattazoka Wilkie, was convicted, on his plea of guilty, of assault with intent to do great bodily harm less than murder. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Bruce A. Barton,* Prosecuting Attorney, and *Paula Hosick,* Chief Appellate Lawyer, for the people.

*Bruce A. Clark,* for defendant.

Before: Danhof, P. J., and McGregor and Quinn, JJ.

Per Curiam. The people move to affirm (GCR 1963, 817.5[3]) defendant's conviction, on plea of guilty, of assault with intent to do great bodily harm less than the crime of murder, contrary to MCLA § 750.84 (Stat Ann 1962 Rev § 28.279).

Our review of the transcript of the plea and sentencing proceedings satisfies us that the trial court adequately examined defendant and established his

participation in the offense and the voluntariness
of his plea. The court informed defendant of the
consequences of his plea. See *People* v. *Charles A.
White* (1967), 8 Mich App 220; *People* v. *Dunn*
(1968), 380 Mich 693, 699.

The motion to affirm is granted.